THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

 
 v.
 
 
 
 
 Wayne Drummond Gregory,       
 Appellant.
 
 
 
 

 
 
 Appeal From 
 Lexington County
 H. Dean 
 Hall, Circuit Court Judge
 
 Unpublished 
 Opinion No. 2003-UP-080 
 Heard January 16, 2003 B Filed January 28, 2003 
 
 AFFIRMED
 

 
 
 
 
 
 Deputy Chief Attorney Joseph L. Savitz, III, of the 
 South Carolina Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy 
 Attorney General John W. McIntosh; Assistant Deputy Attorney General Donald 
 J. Zelenka, of Columbia; and Donald V. Myers, of Lexington; for Respondent.
 
 
 
 

 
 
 PER CURIAM:  Affirmed pursuant to Rule 220(b)(2), 
 SCACR, and the following authorities:  State v. McHoney, 344 S.C. 85, 
 99, 544 S.E.2d 30, 37 (2001) (stating Aa contemporaneous objection is required 
 to preserve issues for direct appellate review@); State v. Lynn, 277 
 S.C. 222, 226, 284 S.E.2d 786, 789 (1981) (holding the failure to contemporaneously 
 object to a matter advanced as prejudicial Acannot be later bootstrapped by 
 a motion for a mistrial@); see also Brecht v. Abrahamson, 507 
 U.S. 619, 628 (1993) (A[T]he Constitution does not prohibit the use for impeachment 
 purposes of a defendant=s silence prior to arrest, or after arrest if no Miranda 
 warnings are given.@) (citations omitted); State v. Bell, 347 S.C. 
 267, 271, 554 S.E.2d 435, 437 (Ct. App. 2001) (finding no error or constitutional 
 violation in the State=s cross-examination of the defendant regarding her 
 post-arrest silence where there was no evidence that she had received any 
 Miranda warnings).
 AFFIRMED.
 GOOLSBY, HUFF, and SHULER, JJ., concur.